DAISY E. CANUTE, Appellant, *v.* BURDETTE M. MINOR et al., as Executors of and Trustees under the Will of RACHEL J. C. PARKS, Deceased, Respondents.

(Argued December 2, 1931; decided January 5, 1932.)

*William MacFarlane* for appellant.

*Hampton H. Halsey* and *Joseph H. Engel* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.